NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PCT INTERNATIONAL INCORPORATED,**
*Plaintiff-Appellee*

**v.**

**HOLLAND ELECTRONICS, LLC,**
*Defendant-Appellant*

---

2016-1061

---

Appeal from the United States District Court for the District of Arizona in No. 2:12-cv-01797-JAT, Senior Judge James A. Teilborg.

---

## JUDGMENT

---

CHRISTOPHER K. LARUS, Robins Kaplan LLP, Minneapolis, MN, argued for plaintiff-appellee. Also represented by ERIC JOHN MAGNUSON, JAMIE R. KURTZ, JOHN K. HARTING, BRYAN MECHELL.

SID LEACH, Snell & Wilmer, LLP, Phoenix, AZ, argued for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MOORE, and WALLACH, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>August 16, 2016</u>      <u>/s/ Peter R. Marksteiner</u>
Date            Peter R. Marksteiner
                   Clerk of Court